UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 04-4014
_____

ADMART AG; HELLER WERKSTATT GESMBH;
ANDRE HELLER; STEFAN SEIGNER,

<u>Appellees</u>

vs.

STEPHEN and MARY BIRCH FOUNDATION, INC.,

<u>Appellants</u>

_____

Appeal from the United States District Court
for the District of Delaware
(D.C. Civ. No. 95-cv-00410 )
District Judge: Honorable Sue L. Robinson

_____

Argued September 29, 2005
Petition for Panel Rehearing granted

Before: RENDELL, FUENTES and WEIS, <u>Circuit</u> <u>Judges</u>.

JUDGMENT

This cause came to be heard on the record from the United States District Court for the District of Delaware and was argued by counsel on September 29, 2005.

On consideration whereof, it is here now ORDERED AND ADJUDGED by this Court that the Judgment of the said District Court entered October 6, 2004 be, and the same is hereby affirmed. All of the above is in accordance with the Opinion of this Court.

Each party to bear its own costs.

Certified as a true copy and issued in lieu of a formal mandate on 10/20/06

Teste: *Marcia M. Waldron*
ATTEST: Clerk, U.S. Court of Appeals for the Third Circuit

/s/ Marcia M. Waldron
Clerk

Dated:   September 28, 2006