# SEEBACH & SEEBACH

SUITE 5410
633 WEST FIFTH STREET
LOS ANGELES, CA 90071
TELEPHONE 213.553.7900
FACSIMILE 213.553.7910
EMAIL seebach@seebach.net

February 7, 2007

The Honorable Sue L. Robinson
Chief Judge
U.S. District Court
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE 19801

Re:   *Admart AG, et al. v. Stephen and Mary Birch Foundation, Inc.*,
      C.A. No. 95-410-SLR

Dear Honorable Robinson:

The Birch Foundation will comply with this Court's January 22, 2007, Order.

Respectfully submitted,

Alice A. Seebach

AAS:dbw

cc:   Thomas A. Brown (counsel for Plaintiffs)