# SEEBACH & SEEBACH

SUITE 5410
633 WEST FIFTH STREET
LOS ANGELES, CA 90071
TELEPHONE 213.553.7900
FACSIMILE 213.553.7910
EMAIL seebach@seebach.net

February 7, 2007

The Honorable Sue L. Robinson
Chief Judge
U.S. District Court
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE 19801

Re:   *Admart AG, et al. v. Stephen and Mary Birch Foundation, Inc.*,
      C.A. No. 95-410-SLR

Dear Chief Judge Robinson:

The Birch Foundation believes that its proposal for the mechanics of the February 15 exchange is consistent with the Court's January 22, 2007, Order, with which the Birch Foundation shall comply. We understand that reasonable minds may have a difference of opinion, however, and we urge the Court to accept the suggestion that the Court conduct a conference call. We request that client representatives be allowed to participate.

Respectfully submitted,

Alice A. Seebach

AAS:dbw

cc:   Thomas A. Brown (counsel for Plaintiffs)