IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADMART AG, HELLER WERKSTATT GESMBH, MR. ANDRE HELLER. AND MR. STEFAN SEIGNER, Plaintiffs. v. STEPHAN AND MARY BIRCH FOUNDATION INC. Defendant. | C.A. N0.: 95-410-SLR |

**~~PROPOSED~~ ORDER**

At Wilmington this 9th day of February, 2007, IT IS ORDERED that to effectuate the February 15, 2007 exchange compelled by this Court's January 22, 2007 Order:

1) At 2:00 p.m. on February 15, 2007 representatives of Admart and representatives of Birch shall meet at NH Hotel, Hotelstrasse 1, A-1300 Flughafen Wien-Schwechat, in Vienna Austria. They shall travel from there to the site where Luna Luna is stored.

2) At the storage site Birch will give the representatives of Admart a single certified check payable to Admart A.G. issued by a major U.S. Bank that cannot be interfered with in any way in the amount of $4,579,811.34.

3) Also at the storage site, simultaneous with the delivery of this check by Birch, Admart will deliver to Birch the property constituting Luna Luna, by conveying

ownership of the containers in which Luna Luna is stored and by giving Birch the artists' declarations and the technical documentation ("passports").

4) Except as clarified herein, the Court's January 22, 2007 Order shall otherwise remain unchanged.

_____

United States District Judge

2